# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **SIEMENS ENERGY, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **PDV HOLDING, INC.,** | § | **Civil Action No. 4:25-cv-00156** |
| | § | |
| **Defendant,** | § | |
| | § | |
| **and** | § | |
| | § | |
| **PETRÓLEOS DE VENEZUELA, S.A.,** | § | |
| | § | |
| **Intervenor Defendant.** | § | |

## SIEMENS ENERGY, INC.'S JURY DEMAND

Pursuant to Federal Rules of Civil Procedure 38 and 81, and without waiver of its legal and equitable rights afforded by the Federal Rules of Civil Procedure and all applicable state and federal law, Plaintiff Siemens Energy, Inc. hereby demands a trial by jury on all issues triable of right by jury in this case.

This demand is being timely made and filed pursuant to Federal Rule of Civil Procedure 38(b).

Dated: February 4, 2025

Respectfully submitted,

*/s/ Kenneth E. Broughton*

Kenneth E. Broughton
State Bar No. 03087250
Francisco Rivero
State Bar No. 24046725
Arturo Muñoz
State Bar No. 24088103
Benjamin B. Breckler
State Bar No. 24121922
**REED SMITH LLP**
1221 McKinney St, Ste 2100
Houston, Texas 77010
T: 713.469.3800
F: 713.469.3899
*kbroughton@reedsmith.com*
*frivero@reedsmith.com*
*amunoz@reedsmith.com*
*bbreckler@reedsmith.com*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 4, 2025, the foregoing document was served on all counsel of record via the Court's electronic filing system.

*/s/ Kenneth E. Broughton*
Kenneth E. Broughton