UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS ENERGY, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| PDV HOLDING, INC., § | Civil Action No. 4:25-cv-00156 |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| PETRÓLEOS DE VENEZUELA, S.A., § | |
| § | |
| Intervenor Defendant. § | |

### [PROPOSED] ORDER GRANTING SIEMENS ENERGY, INC.'S MOTION TO REMAND

Pending before the Court is Siemens Energy, Inc.'s Motion to Remand (the "Motion"). Having considered the Motion and the response and reply thereto, the Court finds that the Motion should be and hereby is GRANTED in its entirety.

The Court hereby ORDERS that this action is remanded to the Business Court Division of the Eleventh District of Harris County, Texas and that Plaintiff is entitled to recovery its reasonable attorneys' fees and costs associated with the Motion.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

BY THE COURT:

_____
Hon. Judge Andrew Hanen
United States District Judge